**LAW OFFICES OF GIHAN THOMAS**
**A Professional Corporation**
**Gihan L. Thomas (SBN 198612)**
**Certified Specialist, Immigration and Nationality Law**
**State Bar of California, Board of Legal Specialization**
**930 Colorado Blvd, Unit #2**
**Los Angeles, CA 90041**
**Telephone (310) 203-2242**
**Facsimile  (310) 203-2287**

**Attorney For Plaintiff(s)**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIA KAMEL GURGES HAKIM, PARTHENIA M. A. S. ESTAFANOUS, RAFAEL M. A. S. ESTAFANOUS | Case No.:   5:24-cv-1253 |
| Plaintiff(s), | **COMPLAINT FOR:** |
| vs. | **1)  DECLARATORY AND INJUNCTIVE RELIEF** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; LOS ANGELES ASYLUM OFFICE; DAVID RADEL; ALEJANDRO MAYORKAS; UR M. JADDOU; TED H. KIM; MATTHEW D. EMRICH; CHRISTOPHER A. WRAY AND DOES 1-10, | **2) WRIT IN THE NATURE OF IMMIGRATION MANDAMUS** |
| Defendants. | |

By and through her undersigned counsel, Plaintiffs; SAMIA KAMEL GURGES HAKIM, PARTHENIA MAGDY ALFY SHEHATA ESTAFANOUS, and RAFAEL MAGED ALFY SHEHATA ESTAFANOUS ("Plaintiff(s)") brings this action, individually or derivatively on behalf of SAMIA KAMEL GURGES HAKIM

**<u>INTRODUCTION</u>**

1. This action is brought by Plaintiff Samia Kamel Gurges Hakim and her derivative children Parthenia Magdy Alfy Shehata Estafanous and Rafael Maged Alfy Shehata Estafanous by and through their attorney, to request issuance of a writ of mandamus or in the nature of mandamus and/or to compel under the Administrative Procedure Act ("APA") ordering Defendants and those acting under them to process an Application for Asylum and for Withholding of Removal which was received and pending as of August 19, 2016 and which has still not been called for an interview.

2. On June 27, 2016, Plaintiff(s) Samia Kamel Gurges Hakim, Parthenia Magdy Alfy Shehata Estafanous, and Rafael Maged Alfy Shehata Estafanous came to the United States at Los Angeles on a B2 visa and have stayed in the US ever since. On August 19, 2016, Plaintiff(s) submitted an I-589 Application for Asylum and Withholding of Removal to the California Service Center which was subsequently assigned for processing and adjudication to the Defendant Los Angeles Asylum Office. *See* **(EXHIBIT A: I-589 Application for Asylum and Withholding of Removal; EXHIBIT B: Receipt Notice).** Plaintiff Samia Kamel Gurges Hakim and derivative children Parthenia Magdy Alfy Shehata Estafanous and Rafael Maged Alfy Shehata Estafanous sought asylum in the United States of America based on past persecution and/or a well-founded fear of returning to Egypt on account of their Coptic Christian Orthodox religion.

3. After submitting their application for asylum, Defendant USCIS instructed Plaintiff(s) Samia Kamel Gurges Hakim and derivative children, to present themselves for biometric inspection at a designated USCIS Application Support Center. Plaintiff(s) and derivative children were instructed to present themselves at a designated USCIS Application Support Center between

August 26, 2016 to September 09, 2016.  *See* **(EXHIBIT C: I-797 Notice of Action-Fingerprint Notifications).** Plaintiff Samia Kamel Gurges Hakim and her derivatives did appear at the designated Application Support Center during the appointed time-frame and provided their biometric information.

4. After Plaintiff(s) provided their biometric information, neither Defendant USCIS nor Los Angeles Asylum Office nor any of the other named Defendants communicated with Plaintiff(s) about the exact date their asylum interview would be scheduled. The Plaintiff(s) have been waiting nearly 8 years for their interview date at this point. Plaintiff(s) have no way of knowing how much longer they will have to wait in order to testify in support of their application for asylum. Plaintiff Samia Kamel Gurges Hakim and her derivative children are unable to plan for their future and are forced to endure the constant uncertainty of the possibility their application will be denied and referred to The Executive Office for Immigration Review (EOIR).

5. Defendants have violated the Administrative Procedures Act ("APA") by failing to schedule Plaintiff's asylum application for an interview which has been pending now for nearly 8 years. Plaintiff(s) seek to compel Defendants, through a writ of mandamus, to schedule an interview for the pending asylum application.

## **PARTIES**

6. Plaintiff(s) Samia Kamel Gurges Hakim, Parthenia Magdy Alfy Shehata Estafanous, and Rafael Maged Alfy Shehata Estafanous are citizens of Egypt. Plaintiff(s) Samia Kamel Gurges Hakim, Parthenia Magdy Alfy Shehata Estafanous, and Rafael Maged Alfy Shehata

Estafanous came to the United States on a B2 visa on June 27, 2016. Plaintiff(s) filed their I-589 Application for Asylum and Withholding of Removal on August 19, 2016.

7.   Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY (hereinafter "DHS") is an agency of the United States government involved in the acts challenged, employs the officers named as defendants, and includes the U.S. Citizenship and Immigration Services and Los Angeles Asylum office and officers named as defendants in this complaint.

8.   Defendant UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (hereinafter "USCIS") is an agency of the United States government under DHS, overseeing the Los Angeles Asylum Office and officers named as defendants in this Complaint.

9.   Defendant LOS ANGELES ASYLUM OFFICE (hereinafter "Los Angeles Asylum Office") is an office within USCIS and the federal agency with direct authority and responsibility to adjudicate Plaintiff's asylum application.

10.  Defendant DAVID RADEL (hereinafter "Director Radel") is the director of the Los Angeles Asylum Office. This suit is brought against Director Radel in his official capacity, as he is charged with overseeing the adjudication of the asylum applications at the Los Angeles Asylum Office in a timely manner, and ensuring the efficiency of the officers employed.

11.  Defendant ALEJANDRO MAYORKAS (hereinafter "Secretary Mayorkas") is the Secretary of the Department of Homeland Security. This suit is brought against Secretary Mayorkas in his official capacity, as he is charged with the administration and enforcement of all immigration and citizenship laws that are bound in the powers, duties, and functions of the Department of Homeland Security.

12. Defendant UR M. JADDOU (hereinafter "Director Jaddou") is the Director of USCIS, the Agency charged with adjudicating Plaintiff'(s) asylum application. This suit is brought against Director Jaddou in her official capacity, as she is charged with oversight, administration, and execution of immigration laws of the United States.

13. Defendant TED H. KIM (hereinafter "Associate Director KIM") is the Associate Director of Refugee, Asylum, and International Operations. This suit is brought against Associate Director Kim in his official capacity, as he is charged with supervision over all asylum offices, including the Los Angeles Asylum Office, and it requires some applications to be forwarded to headquarters before final adjudication, and may, upon information and belief, have ordered that Plaintiff's case be forwarded to his office for its review.

14. Defendant MATTHEW D. EMRICH (hereinafter "Associate Director Emrich") is the Associate Director of USCIS Fraud Detection and National Security Directorate. This suit is brought against Associate Director Emrich in his official capacity, as he supervises all USCIS staff who review asylum applications to ensure that immigration benefits are not granted to individuals who pose a threat to national security or public safety, or who seek to defraud the immigration system. Certain applications must be reviewed by the Fraud Detection and National Security Directorate before their final adjudication. Upon information and belief, USCIS has not adjudicated the Plaintiffs' asylum application because the Fraud Detection and National Security Directorate has never completed its review.

15. Defendant CHRISTOPHER A. WRAY (hereinafter "Director Wray") is the Director of the Federal Bureau of Investigations. This suit is brought against Director Wray in his official capacity, as he is responsible for overseeing the background checks involved with immigration matters.

## JURISDICTION

16. The Administrative Procedure Act recognizes a right of judicial review for any person "suffering legal wrong because of an agency action or aggrieved or adversely affected by such action within the meaning of any relevant statutes." 5 U.S.C. § 702. Plaintiff(s) suffered a legal wrong and continue to suffer because of the Defendants' failure to act upon the pending Asylum application for indefinite periods of time.

17. The Court has jurisdiction over the present action pursuant to 8 C.F.R, § 204, Immigration & Nationality Act § 203 (b)(1)(C); 28 U.S.C. § 1131, 28 U.S.C. § 136, the Mandamus Act; 28 U.S.C §2201, the Declaratory Judgement Act; and 5 U.S.C. §701-706, the Administrative Procedures Act. Costs and attorney fees will be sought pursuant to the Equal Access to Justice Act, 5 U.S.C. §504 and 28 U.S.C. §2412(d), et seq. Relief is requested pursuant to said statutes.

18. The APA also provides pursuant to 5 U.S.C. § 706(1) that courts "shall compel agency action unlawfully withheld." Courts have held that this provision eliminates court discretion to grant relief once an agency has violated a statutory deadline. *See Biodiversity Legal Foundation v. Badgley,* 309 F.3d 1166, 1178 (9th Cir. 2002) (noting that when "Congress has specifically provided a deadline for performance,…no balancing of factors is required or permitted."

## VENUE

19. Venue is proper in this Court, pursuant to 28 U.S.C. § 1391(e), which provides that in a civil action in *which* each defendant is an officer or employee of the United States or any agency thereof acting in his or her official capacity, or under the color of legal authority, or any agency of the United States, the action may be brought in any judicial district in which a

plaintiff resides, so long as no real property is involved in the action. Plaintiff(s) resides in Corona, California, which is located in the Central District of California. No real property is involved in this action. Therefore, venue is proper in this Court.

## EXHAUSTION OF REMEDIES

20. Plaintiff(s) have no administrative remedies. Since Plaintiff(s) Samia Kamel Gurges Hakim and derivative children received their notification to process their biometric information, Plaintiff(s) have received no clear correspondence or communication from Defendant USCIS nor Los Angeles Asylum Office about how much longer they will have to wait for the pending asylum application to be called for an interview. Plaintiff(s) have been waiting nearly 8 years at this point to have their asylum claim heard at the Los Angeles Asylum Office. There are no administrative remedies for neglect of duty.

## CAUSE OF ACTION

21. Pursuant to 8 U.S.C §1158, Plaintiff(s) Samia Kamel Gurges Hakim and derivative children filed an application for Asylum and Withholding of Removal on August 19, 2016.

22. Since filing their Application, Plaintiff(s) Samia Kamel Gurges Hakim and derivative children have not received any concrete indication from the Defendant Los Angeles Asylum Office nor USCIS of the date their Asylum interview will be scheduled. Plaintiff(s) Samia Kamel Gurges Hakim and derivative children, therefore, have no way of knowing how much longer the scheduling process will take.

23. Under 28 U.S.C. § 1361, the district courts shall have original jurisdiction of any action in the nature of a mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

24. Under the Administrative Procedures Act, a person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof.

25. Defendants have a statutory duty to adjudicate asylum requests within 180 days of filing pursuant to 8 U.S.C. § 1158 (d)(5)(A)(iii). It has been nearly 8 years since Plaintiff(s) Samia Kamel Gurges Hakim and derivative children applied for Asylum. Plaintiff(s) have yet to receive an interview date for their case.

26. Plaintiff(s) have no adequate remedy at law, and will continue to suffer irreparable harm if the asylum application is not promptly scheduled.

27. Pursuant to 28 U.S.C. § 1361, this Court has "original jurisdiction in the nature of the mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the [Plaintiffs.]"

28. Pursuant to 28 U.S.C. § 1651, this Court may issue any and all "writs necessary or appropriate in aid of [the Court's] respective jurisdiction and agreeable to the usages and principles of law."

## CLAIM FOR RELIEF

29. Plaintiff's claim in this action is clear and certain. Plaintiff(s) realleges paragraphs 1 through 28, and, as if fully set forth, Plaintiff(s) is entitled to an order in the nature of mandamus to

compel Defendants to complete administrative processing and schedule an interview for the pending Asylum application.

30. As a result of the Defendants' failure to adequately perform their duties, Plaintiff(s) have suffered, are suffering, and will continue to suffer irreparable harm. Specifically:

    a.  Plaintiff(s) have been irreparably damaged from the fear of not knowing or ability to prepare for their future concerning what will happen with their asylum case for nearly 8 years. Plaintiff(s) Samia Kamel Gurges Hakim and derivative children have been constantly hoping to have the case scheduled for an interview so their case could then be adjudicated and she and her family can progress with their lives. Due to the abnormally long wait and lack of certainty surrounding when their asylum case will be heard, Plaintiff and her derivative children are enduring significant psychological trauma.

    b.  The delay is causing irreparable harm to Plaintiff(s) who are not able to progress with their lives in the United States without fear of being forced to return to Egypt, a country where upon return it is reasonable to believe she and her family will be persecuted, tortured, or killed.

31. The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying action on Plaintiff(s) Samia Kamel Gurges Hakim and her derivative children's application and have failed to carry out the non-discretionary adjudicative functions delegated to them by law with regard to their case.

32. The duty of the Defendants is non-discretionary, ministerial, and so plainly described as to be free from doubt that mandamus is appropriate in this matter.

33. Plaintiff(s) Samia Kamel Gurges Hakim and her derivative children have attempted to learn about the status of their pending Asylum and Withholding of Removal application, all to no

avail. Only the Los Angeles Asylum Office can make decisions on scheduling an asylum interview, leaving no adequate remedy.

Accordingly, Plaintiff(s) have been forced to pursue the instant action.

## PRAYER

34. WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff(s) respectfully pray that the Defendants be cited to appear herein and that, upon due consideration, the Court:

   a.  Accept jurisdiction and maintain continuing jurisdiction in this action;

   b.  Declare as unlawful the violation by Defendants of failing to act on a properly filed Asylum and Withholding of Removal application;

   c.  Declare Defendants' failure to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case as agency action unlawfully withheld and unreasonably delayed, pursuant to 5 U.S.C. § 706(1);

   d.  Issue a preliminary and permanent injunction pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1) compelling the Defendants to take action on Plaintiff(s) Samia Kamel Gurges Hakim and her derivative children's asylum application by scheduling an asylum interview and then timely adjudicating the case subsequent to the interview;

   e.  Issue a writ in the nature of mandamus pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 706(1), compelling the Defendants to take action on Plaintiff(s) Samia Kamel Gurges Hakim and her derivative children's Withholding of Removal Application by scheduling an interview and then timely adjudicating the case subsequent to the interview;

f.  Grant attorney's fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. § 2412;

g.  Grant such relief at law and in equity as justice may require.

**Dated: June 14, 2024**

Respectfully Submitted,

/s/ Gihan L. Thomas, Esq.

Gihan L. Thomas
Certified Specialist, Immigration and Nationality Law
State Bar of California, Board of Legal Specialization

**LIST OF EXHIBITS TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS SAMIA KAMEL GURGES HAKIM ET AL. v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY ET AL.**

**EXHIBIT**                                                                          **PAGES**

**A.** I-589 Application for Asylum and Declaration............................................................. 1

**B.** I-589 Asylum Receipt Notice......................................................................13

**C.** I-797 Notice of Action- Fingerprint Notifications of Plaintiff(s)............................................. 14

Exhibit A

Department of Homeland Security
U.S. Citizenship and Immigration Services

U.S. Department of Justice
Executive Office for Immigration Review

OMB No. 1615-0067; Expires 12/31/2016

# I-589, Application for Asylum and for Withholding of Removal

**START HERE** - Type or print in black ink. See the instructions for information about eligibility and how to complete and file this application. There is NO filing fee for this application.

**NOTE:** Check this box if you also want to apply for withholding of removal under the Convention Against Torture.  ☒

## Part A.I. Information About You

| 1. Alien Registration Number(s) (A-Number) *(if any)* | 2. U.S. Social Security Number *(if any)* |
|---|---|
| None | None |

| 3. Complete Last Name | 4. First Name | 5. Middle Name |
|---|---|---|
| HAKIM | Samia | Kamel Gurges |

6. What other names have you used *(include maiden name and aliases)?*
Samia Kamel Gurges

7. Residence in the U.S. *(where you physically reside)*

| Street Number and Name | Apt. Number |
|---|---|
| 8141 Cobblestone Ln | - |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| Midway City | CA | 92655 | (714)947-6371 |

8. Mailing Address in the U.S. *(if different than the address in Item Number 7)*

| In Care Of *(if applicable)*: | Telephone Number |
|---|---|
| Same as above | |

| Street Number and Name | Apt. Number |
|---|---|
| 8141 Cobblestone Ln | - |

| City | State | Zip Code |
|---|---|---|
| Midway City | | 92655 |

| 9. Gender: ☐ Male ☒ Female | 10. Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed |
|---|---|

| 11. Date of Birth *(mm/dd/yyyy)* | 12. City and Country of Birth |
|---|---|
| 10/26/1982 | Menia          Egypt |

| 13. Present Nationality *(Citizenship)* | 14. Nationality at Birth | 15. Race, Ethnic, or Tribal Group | 16. Religion |
|---|---|---|---|
| Egyptian | Egyptian | White | Coptic Orthodox Christian |

17. *Check the box, a through c, that applies:*  a. ☒ I have never been in Immigration Court proceedings.
   b. ☐ I am now in Immigration Court proceedings.  c. ☐ I am not now in Immigration Court proceedings, but I have been in the past.

18. *Complete 18 a through c.*
   a. When did you last leave your country? *(mmm/dd/yyyy)* 06/27/2016   b. What is your current I-94 Number, if any? 15175084040
   c. List each entry into the U.S. beginning with your most recent entry.   List date (mm/dd/yyyy), place, and your status for each entry.
   *(Attach additional sheets as needed.)*

| Date 06/27/2016 | Place Atlanta, GA | Status B-2 | Date Status Expires 12/26/2016 |
|---|---|---|---|
| Date | Place | Status | |
| Date | Place | Status | |

| 19. What country issued your last passport or travel document? | 20. Passport Number A06850013 | 21. Expiration Date *(mm/dd/yyyy)* |
|---|---|---|
| Egypt | Travel Document Number None | 04/27/2019 |

| 22. What is your native language *(include dialect, if applicable)?* | 23. Are you fluent in English? | 24. What other languages do you speak fluently? |
|---|---|---|
| Arabic | ☐ Yes ☒ No | None |

| For EOIR use only. | For USCIS use only. | Action: Interview Date: _____ Asylum Officer ID#: _____ | Decision: Approval Date: _____ Denial Date: _____ **1** Referral Date: _____ |
|---|---|---|---|

## Part A.II. Information About Your Spouse and Children

**Your spouse**   ☐ I am not married. (Skip to *Your Children* below.)

| 1. Alien Registration Number (A-Number) *(if any)* None | 2. Passport/ID Card Number *(if any)* Unknown | 3. Date of Birth *(mm/dd/yyyy)* 01/28/1973 | 4. U.S. Social Security Number *(if any)* None |
|---|---|---|---|
| 5. Complete Last Name ESTAFANOUS | 6. First Name Maged | 7. Middle Name Alfy Shehata | 8. Maiden Name |

| 9. Date of Marriage *(mm/dd/yyyy)* 07/28/2003 | 10. Place of Marriage Cairo, Egypt | 11. City and Country of Birth Sohag       Egypt |
|---|---|---|

| 12. Nationality *(Citizenship)* Egyptian | 13. Race, Ethnic, or Tribal Group White | 14. Gender ☒ Male   ☐ Female |
|---|---|---|

| 15. Is this person in the U.S.? ☐ Yes *(Complete Blocks 16 to 24.)*   ☒ No *(Specify location):*  Cairo, Egypt |
|---|

| 16. Place of last entry into the U.S. N/A | 17. Date of last entry into the U.S. *(mm/dd/yyyy)* N/A | 18. I-94 Number *(if any)* N/A | 19. Status when last admitted *(Visa type, if any)* N/A |
|---|---|---|---|
| 20. What is your spouse's current status? N/A | 21. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* N/A | 22. Is your spouse in Immigration Court proceedings? ☐ Yes   ☒ No | 23. If previously in the U.S., date of previous arrival *(mm/dd/yyyy)* N/A |

| 24. If in the U.S., is your spouse to be included in this application?   *(Check the appropriate box.)* |
|---|
| ☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)* |
| ☒ No |

**Your Children.** List all of your children, regardless of age, location, or marital status.

☐ I do not have any children. *(Skip to Part A.III., **Information about your background.**)*

☒ I have children.   Total number of children:   02

**(NOTE:** *Use Form I-589 Supplement A or attach additional sheets of paper and documentation if you have more than four children.)*

| 1. Alien Registration Number (A-Number) *(if any)* None | 2. Passport/ID Card Number *(if any)* A16841827 | 3. Marital Status *(Married, Single, Divorced, Widowed)* Single | 4. U.S. Social Security Number *(if any)* None |
|---|---|---|---|
| 5. Complete Last Name ESTAFANOUS | 6. First Name PARTHENIA | 7. Middle Name Magdy Alfy Shehata | 8. Date of Birth *(mm/dd/yyyy)* 06/27/2004 |

| 9. City and Country of Birth Cairo       Egypt | 10. Nationality *(Citizenship)* Egyptian | 11. Race, Ethnic, or Tribal Group White | 12. Gender ☐ Male   ☒ Female |
|---|---|---|---|

| 13. Is this child in the U.S.? ☒ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):* |
|---|

| 14. Place of last entry into the U.S. Atlanta, GA | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* 06/27/2016 | 16. I-94 Number *(If any)* 15175081240 | 17. Status when last admitted *(Visa type, if any)* B-2 |
|---|---|---|---|
| 18. What is your child's current status? Visitor | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* 12/26/2016 | 20. Is your child in Immigration Court proceedings? ☐ Yes   ☒ No | |

| 21. If in the U.S., is this child to be included in this application?   *(Check the appropriate box.)* |
|---|
| ☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)* |
| ☐ No |

**2**

## Part A.II. Information About Your Spouse and Children   (Continued)

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| None | A16835989 | Single | None |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| ESTAFANOUS | RAFAEL | Maged Alfy Shehata | 11/10/2009 |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| Cairo          Egypt | Egyptian | White | ☒ Male   ☐ Female |

**13. Is this child in the U.S. ?**  ☒ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| Atlanta, GA | 06/27/2016 | 15175080340 | B-2 |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| Visitor | 12/26/2016 | ☐ Yes   ☒ No |

**21. If in the U.S., is this child to be included in this application?**   *(Check the appropriate box.)*

☒ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| | | | |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| | | | |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| | | | ☐ Male   ☐ Female |

**13. Is this child in the U.S. ?**  ☐ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| | | | |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| | | ☐ Yes   ☐ No |

**21. If in the U.S., is this child to be included in this application?**   *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

| 1. Alien Registration Number (A-Number) *(if any)* | 2. Passport/ID Card Number *(if any)* | 3. Marital Status *(Married, Single, Divorced, Widowed)* | 4. U.S. Social Security Number *(if any)* |
|---|---|---|---|
| | | | |

| 5. Complete Last Name | 6. First Name | 7. Middle Name | 8. Date of Birth *(mm/dd/yyyy)* |
|---|---|---|---|
| | | | |

| 9. City and Country of Birth | 10. Nationality *(Citizenship)* | 11. Race, Ethnic, or Tribal Group | 12. Gender |
|---|---|---|---|
| | | | ☐ Male   ☐ Female |

**13. Is this child in the U.S. ?**  ☐ Yes *(Complete Blocks 14 to 21.)*   ☐ No *(Specify location):*

| 14. Place of last entry into the U.S. | 15. Date of last entry into the U.S. *(mm/dd/yyyy)* | 16. I-94 Number *(If any)* | 17. Status when last admitted *(Visa type, if any)* |
|---|---|---|---|
| | | | |

| 18. What is your child's current status? | 19. What is the expiration date of his/her authorized stay, if any? *(mm/dd/yyyy)* | 20. Is your child in Immigration Court proceedings? |
|---|---|---|
| | | ☐ Yes   ☐ No |

**21. If in the U.S., is this child to be included in this application?**   *(Check the appropriate box.)*

☐ Yes *(Attach one photograph of your spouse in the upper right corner of Page 9 on the extra copy of the application submitted for this person.)*

☐ No

**3**

## Part A.III. Information About Your Background

1. List your last address where you lived before coming to the United States. If this is not the country where you fear persecution, also list the last address in the country where you fear persecution. *(List Address, City/Town, Department, Province, or State and Country.)*
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street *(Provide if available)* | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 24 Al Kodaie St. | Sahel | Cairo | Egypt | 04/1/16 | 06/27/16 |
|  |  |  |  |  |  |

2. Provide the following information about your residences during the past 5 years. List your present address first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Number and Street | City/Town | Department, Province, or State | Country | Dates From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|---|
| 8141 Cobblestone Ln | Midway City | CA | USA | 08/01/2016 | Present |
| 330 Village Dr. | Dawsonville | GA | USA | 06/27/2016 | 08/01/2016 |
| 24 Al Kodaie St. | Sahel | Cairo | Egypt | 04/1/2016 | 06/27/2016 |
| 10 El Ashbouly | Rod El Farag | Cairo | Egypt | 07/13/2003 | 04/01/2016 |
|  |  |  |  |  |  |

3. Provide the following information about your education, beginning with the most recent.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name of School | Type of School | Location *(Address)* | Attended From *(Mo/Yr)* | To *(Mo/Yr)* |
|---|---|---|---|---|
| Menia Uni. Faculty of Arts | University | Menia, Egypt | 08/1999 | 05/2004 |
| Asem Amin | High School | Menia, Egypt | 08/1996 | 05/1999 |
| Adeb Wahba | Middle School | Menia, Egypt | 08/1993 | 05/1996 |
| Catholic | Elementary | Menia, Egypt | 08/1988 | 05/1993 |

4. Provide the following information about your employment during the past 5 years. List your present employment first.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Name and Address of Employer | Your Occupation | Dates From *(Mo/Yr)* | | To *(Mo/Yr)* | |
|---|---|---|---|---|---|
| National Airline        Center, Cairo, Egypt | Air ticketing agent | 09 | 2010 | 3/27 | 2016 |
| Big Home Nursery        Cairo, Egypt | Firm owner | 07 | 2014 | 06 | 2016 |
|  |  |  |  |  |  |

5. Provide the following information about your parents and siblings (brothers and sisters). Check the box if the person is deceased.
   *(NOTE: Use Form I-589 Supplement B, or additional sheets of paper, if necessary.)*

| Full Name | City/Town and Country of Birth | Current Location |
|---|---|---|
| *Mother* Fawzia        Labib GERGES | Menia, Egypt | ☐ Deceased  Menia, Egypt |
| *Father* Kamel Gurges HAKIM | Menia, Egypt | ☐ Deceased  Menia, Egypt |
| *Sibling* Manal Kamel Gurges HAKIM | Menia, Egypt | ☐ Deceased  Georgia, USA |
| *Sibling* | | ☐ Deceased |
| *Sibling* | | ☐ Deceased |
| *Sibling* | | ☐ Deceased |

**4**

## Part B. Information About Your Application

*(NOTE: Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part B.)*

When answering the following questions about your asylum or other protection claim (withholding of removal under 241(b)(3) of the INA or withholding of removal under the Convention Against Torture), you must provide a detailed and specific account of the basis of your claim to asylum or other protection. To the best of your ability, provide specific dates, places, and descriptions about each event or action described. You must attach documents evidencing the general conditions in the country from which you are seeking asylum or other protection and the specific facts on which you are relying to support your claim. If this documentation is unavailable or you are not providing this documentation with your application, explain why in your responses to the following questions.

Refer to Instructions, Part 1: Filing Instructions, Section II, "Basis of Eligibility," Parts A - D, Section V, "Completing the Form," Part B, and Section VII, "Additional Evidence That You Should Submit," for more information on completing this section of the form.

1.  Why are you applying for asylum or withholding of removal under section 241(b)(3) of the INA, or for withholding of removal under the Convention Against Torture? Check the appropriate box(es) below and then provide detailed answers to questions A and B below.

    I am seeking asylum or withholding of removal based on:

    ☐ Race                        ☐ Political opinion
    ☒ Religion                    ☐ Membership in a particular social group
    ☐ Nationality                 ☒ Torture Convention

A.  Have you, your family, or close friends or colleagues ever experienced harm or mistreatment or threats in the past by anyone?

    ☐ No          ☒ Yes

    If "Yes," explain in detail:
    1.  What happened;
    2.  When the harm or mistreatment or threats occurred;
    3.  Who caused the harm or mistreatment or threats; and
    4.  Why you believe the harm or mistreatment or threats occurred.

    > Please refer to my declaration incorporated herein by reference.

B.  Do you fear harm or mistreatment if you return to your home country?

    ☐ No          ☒ Yes

    If "Yes," explain in detail:
    1.  What harm or mistreatment you fear;
    2.  Who you believe would harm or mistreat you; and
    3.  Why you believe you would or could be harmed or mistreated.

    > Please refer to my declaration incorporated herein by reference.

**5**

---

## Part B. Information About Your Application (Continued)

2. Have you or your family members ever been accused, charged, arrested, detained, interrogated, convicted and sentenced, or imprisoned in any country other than the United States?

☒ No          ☐ Yes

If "Yes," explain the circumstances and reasons for the action.

```
```

3.A. Have you or your family members ever belonged to or been associated with any organizations or groups in your home country, such as, but not limited to, a political party, student group, labor union, religious organization, military or paramilitary group, civil patrol, guerrilla organization, ethnic group, human rights group, or the press or media?

☐ No          ☒ Yes

If "Yes," describe for each person the level of participation, any leadership or other positions held, and the length of time you or your family members were involved in each organization or activity.

```
I was a member of St. Mark Church in Shoubra, Cairo, Egypt.
```

3.B. Do you or your family members continue to participate in any way in these organizations or groups?

☐ No          ☒ Yes

If "Yes," describe for each person your or your family members' current level of participation, any leadership or other positions currently held, and the length of time you or your family members have been involved in each organization or group.

```
I am currently a member of Saint Pope Kerollos VI Coptic Orthodox Church, Westminster, CA.
```

4. Are you afraid of being subjected to torture in your home country or any other country to which you may be returned?

☐ No          ☒ Yes

If "Yes," explain why you are afraid and describe the nature of torture you fear, by whom, and why it would be inflicted.

```
Please refer to my declaration incorporated herein by reference.
```

**6**

## Part C. Additional Information About Your Application

(NOTE: *Use Form I-589 Supplement B, or attach additional sheets of paper as needed to complete your responses to the questions contained in Part C.*)

1. Have you, your spouse, your child(ren), your parents or your siblings ever applied to the U.S. Government for refugee status, asylum, or withholding of removal?

   ☒ No          ☐ Yes

   If "Yes," explain the decision and what happened to any status you, your spouse, your child(ren), your parents, or your siblings received as a result of that decision. Indicate whether or not you were included in a parent or spouse's application. If so, include your parent or spouse's A-number in your response. If you have been denied asylum by an immigration judge or the Board of Immigration Appeals, describe any change(s) in conditions in your country or your own personal circumstances since the date of the denial that may affect your eligibility for asylum.

2.A. After leaving the country from which you are claiming asylum, did you or your spouse or child(ren) who are now in the United States travel through or reside in any other country before entering the United States?

   ☐ No          ☒ Yes

2.B. Have you, your spouse, your child(ren), or other family members, such as your parents or siblings, ever applied for or received any lawful status in any country other than the one from which you are now claiming asylum?

   ☐ No          ☒ Yes

   If "Yes" to either or both questions (2A and/or 2B), provide for each person the following: the name of each country and the length of stay, the person's status while there, the reasons for leaving, whether or not the person is entitled to return for lawful residence purposes, and whether the person applied for refugee status or for asylum while there, and if not, why he or she did not do so.

   2A) I had a transit in Amsterdam for 2 hours.

   2B) My sister, Manal, has a nonimmigrant religious worker visa, as a nun on Atlanta, GA

3. Have you, your spouse or your child(ren) ever ordered, incited, assisted or otherwise participated in causing harm or suffering to any person because of his or her race, religion, nationality, membership in a particular social group or belief in a particular political opinion?

   ☒ No          ☐ Yes

   If "Yes," describe in detail each such incident and your own, your spouse's, or your child(ren)'s involvement.

**7**

## Part C. Additional Information About Your Application  (Continued)

**4.** After you left the country where you were harmed or fear harm, did you return to that country?

☒ No          ☐ Yes

If "Yes," describe in detail the circumstances of your visit(s) (for example, the date(s) of the trip(s), the purpose(s) of the trip(s), and the length of time you remained in that country for the visit(s).)

**5.** Are you filing this application more than 1 year after your last arrival in the United States?

☒ No          ☐ Yes

If "Yes," explain why you did not file within the first year after you arrived. You must be prepared to explain at your interview or hearing why you did not file your asylum application within the first year after you arrived. For guidance in answering this question, see Instructions, Part 1: Filing Instructions, Section V. "Completing the Form," Part C.

**6.** Have you or any member of your family included in the application ever committed any crime and/or been arrested, charged, convicted, or sentenced for any crimes in the United States?

☒ No          ☐ Yes

If "Yes," for each instance, specify in your response: what occurred and the circumstances, dates, length of sentence received, location, the duration of the detention or imprisonment, reason(s) for the detention or conviction, any formal charges that were lodged against you or your relatives included in your application, and the reason(s) for release. Attach documents referring to these incidents, if they are available, or an explanation of why documents are not available.

**8**

Samia Kamel Gurges Hakim
D.O.B 10/26/1982

I-589



## Part D. Your Signature

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it are all true and correct. Title 18, United States Code, Section 1546(a), provides in part: Whoever knowingly makes under oath, or as permitted under penalty of perjury under Section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document containing any such false statement or which fails to contain any reasonable basis in law or fact - shall be fined in accordance with this title or imprisoned for up to 25 years. I authorize the release of any information from my immigration record that U.S Citizenship and Immigration Services (USCIS) needs to determine eligibility for the benefit I am seeking.

**WARNING:** Applicants who are in the United States illegally are subject to removal if their asylum or withholding claims are not granted by an asylum officer or an immigration judge. Any information provided in completing this application may be used as a basis for the institution of, or as evidence in, removal proceedings even if the application is later withdrawn. Applicants determined to have knowingly made a frivolous application for asylum will be permanently ineligible for any benefits under the Immigration and Nationality Act. You may not avoid a frivolous finding simply because someone advised you to provide false information in your asylum application. If filing with USCIS, unexcused failure to appear for an appointment to provide biometrics (such as fingerprints) and your biographical information within the time allowed may result in an asylum officer dismissing your asylum application or referring it to an immigration judge. Failure without good cause to provide DHS with biometrics or other biographical information while in removal proceedings may result in your application being found abandoned by the immigration judge. See sections 208(d)(5)(A) and 208(d)(6) of the INA and 8 CFR sections 208.10, 1208.10, 208.20, 1003.47(d) and 1208.20.

| Print your complete name. | | | Write your name in your native alphabet. |
|---|---|---|---|
| Samia | Kamel Gurges | HAKIM | سميه كامل جرجس حكيم |

Did your spouse, parent, or child(ren) assist you in completing this application?  ☒ No   ☐ Yes *(If "Yes," list the name and relationship.)*

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| *(Name)* | *(Relationship)* | *(Name)* | *(Relationship)* |

Did someone other than your spouse, parent, or child(ren) prepare this application?   ☐ No   ☒ Yes *(If "Yes," complete Part E.)*

Asylum applicants may be represented by counsel. Have you been provided with a list of persons who may be available to assist you, at little or no cost, with your asylum claim?   ☒ No   ☐ Yes

Signature of Applicant *(The person in Part A.I.)*

[   *Samia Hakim*   ]                               *8/17/206*

Sign your name so it all appears within the brackets              Date *(mm/dd/yyyy)*

## Part E.  Declaration of Person Preparing Form, if Other Than Applicant, Spouse, Parent, or Child

I declare that I have prepared this application at the request of the person named in Part D, that the responses provided are based on all information of which I have knowledge, or which was provided to me by the applicant, and that the completed application was read to him or her in his or her native language or a language he or she understands for verification before he or she signed the application in my presence. I am aware that the knowing placement of false information on the Form I-589 may also subject me to civil penalties under 8 U.S.C. 1324c and/or criminal penalties under 18 U.S.C. 1546(a).

| Signature of Preparer | Print Complete Name of Preparer |
|---|---|
| | Law Offices of Gihan Thomas |
| **Daytime Telephone Number** | **Address of Preparer: Street Number and Name** |
| 310-203-2242 | 611 Wilshire Blvd. |

| Apt. Number | City | State | Zip Code |
|---|---|---|---|
| 907 | Los Angeles | CA | 90017 |

**9**

## Part F. To Be Completed at Asylum Interview, if Applicable

**NOTE:** *You will be asked to complete this part when you appear for examination before an asylum officer of the Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS).*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

| | |
|---|---|
| Signature of Applicant | Date *(mm/dd/yyyy)* |
| Write Your Name in Your Native Alphabet | Signature of Asylum Officer |

## Part G. To Be Completed at Removal Hearing, if Applicable

**NOTE:** *You will be asked to complete this Part when you appear before an immigration judge of the U.S. Department of Justice, Executive Office for Immigration Review (EOIR), for a hearing.*

I swear (affirm) that I know the contents of this application that I am signing, including the attached documents and supplements, that they are ☐ all true or ☐ not all true to the best of my knowledge and that correction(s) numbered _____ to _____ were made by me or at my request. Furthermore, I am aware that if I am determined to have knowingly made a frivolous application for asylum I will be permanently ineligible for any benefits under the Immigration and Nationality Act, and that I may not avoid a frivolous finding simply because someone advised me to provide false information in my asylum application.

Signed and sworn to before me by the above named applicant on:

| | |
|---|---|
| Signature of Applicant | Date *(mm/dd/yyyy)* |
| Write Your Name in Your Native Alphabet | Signature of Immigration Judge |

**10**

I want to seek protection from the US government. I was subjected to beatings, attempted kidnapping and threats by a group of Moslems group. I was targeted because of my religious activities with the church. I was a member of St Mark Church, Shubra. Because of my activities, extremists singled me out and also tried to convert me to Islam.

I am a Coptic Christian with a cross tattoo on my hands. I am proud of my Christianity. We follow the Coptic Orthodox Christian faith, preached and established by Jesus disciple, Morcos.

I was very active with my church. I used to serve as a Sunday school teacher. I used to participate with prayer meetings. I also ministered to the poor and sick and took contributions for distribution to the needy families. Although I worked for National Airline Center, I devoted my time when needed to help the church. I was supervised by my Father Youhanna Mahfouz. I am attaching a letter from the priest confirming my membership and service.

My services have attracted the attention of Moslem extremists. My first encounter with members of the Moslem extremists group occurred on Friday, March 25, 2016. I was coming back from church, when the service ended and it was approximately 10.am. The church is 10 minutes walk from my home. I was walking close to the church when two Moslem extremists wearing the Islamic white jilbab and have beards, riding on a motorcycle. They struck me and I fell on the ground. I was shocked, while on the ground, they said "Don't think you are escaping, this time is just a warning, the next time, will be your end and you have to leave Christianity and follow the Moslem faith". They fled.   Passers surrounded me trying to help me. A taxi was stopped for me and I told him to go to the nearest police station "Rod el Farag". On my way to the police, I called my husband to immediately meet me at the police station. I waited outside and he came in immediately. We waited at the police station for almost 2 and half hours before they took us in.   I complained to the police officer of what happened to me and specifically that I was targeted because of my religion and asked to abandon Christianity and follow Islam, the officer, refused to issue a report, despite my request to do so. Me and my husband were extremely disappointed. We left to the Shalaan Medical Center and arrived there approximately at 1.00 pm. At the medical Center, I was treated for my bruises and injuries to my right hand and my left foot, as I was injured when I fell to the ground. I am attaching a copy of the medical center for your record.

Two days later, March 27, 2016, I received a letter from the group called Al Albayt Islamic Group telling me that my blood will be shed for me and my family. This threat note was left to me on the windshield of my car. Al Albyt Islamic group, this means that were possibly the one that caused my injuries on March 25, 2016. I was terrified and we arranged immediately to move to another apartment located at 24 Al Kodaie Street with my spouse and children. I also stopped working in fear to leave my apartment.

**11**

To this new location, as I was leaving the apartment on April 8, 2016 to buy groceries for my family, I was confronted with 3 Moslem extremists having the Islamic white jilbab and beards. One of them was carrying a gun and he placed it on my side. I was told that I need to repent and leave deception way, follow Islam and renounce Christianity, me and my family. They threatened to kill me if I do not follow their orders. They pushed me to the ground. Before they left, they threatened me if I made any noise, they would kill me. There were several passers, but no one dared to interfere because they saw one of them holding a gun. Everyone was scared for his life, while I was screaming and crying. These Moslems, who apparently were part of the Al Albayt Islamic group left. I called my husband, who came immediately. I went to the police station, accompanied by my husband to report the incident and in fact this time the police station was Sahel Station. They issued a report under Numb 8525. However, this report was administratively closed on April 19, 2016 without any legal grounds or justification. I am attaching proof that this complaint was closed. I was of course in pain from pushing me to the ground, but I went to the pharmacy and was able to get some pain killers. I became very terrified for my life. It was obvious that these people were targeting me.

Another horrific incident occurred to me on May 6, 2016. I was leaving the entrance of my apartment building at 24 Al Kodaie Street. As I just came out, I found 2 men carrying guns to my head threatening me to shoot if I do not follow orders. They forced me into a microbus (white). There was third person seated at the driver seat. They were playing Quran in a very loud sound Once inside, they told me that they will kill me today, infidel, this is your end. The driver was driving in a very high speed. They threatened me to kill me if I scream. The one seated at the back pointed the gun at my head. However, from the speed, they collided with another car and the microbus came to a stop at a station called Menia Al Sireg in Shobra Street. They were frantic. Their microbus could not move. They had to come to see what was going on. While they were busy dealing with the other driver and passers who surrounded the collision, I took the opportunity to leave the microbus and I started running. I was so happy to see the Sahel Police station. I ran inside and asked to speak to the officer in charge. The officer reported the incident under Report No 9831. While there, I called my husband, who came to pick me up. But, we were shocked that this report was also administratively closed. It was closed on May 15, 2016. I am attaching a copy of this administrative closure.

My attorney filed a complaint with the Attorney General Office on May 21, 2016 under Report No, 6252. I am attaching this complaint. This complaint was also archived. I received threatening phone calls to kill me and I had to disconnect my cell phone. Life became very terrifying with no protection from no one.

My husband suggested that I leave with my children outside of Egypt. My husband moved to his sister home. I came to the US and I am seeking protection. Please consider my request.

Samia Hakim

12

Exhibit B



F
R
O
M

US DEPT OF HOMELAND SECURITY
US CITIZENSHIP & IMMIGRATION SVCS
P. O. BOX 65015
ANAHEIM, CA  92815-8515

NAME: SAMIA HAKIM
A-NUMBER: 209200913 RCPT#: ZLA1600164840                    DATE:  8/19/16
          *** ACKNOWLEDGEMENT OF RECEIPT ***               FORM: I-589
    Your complete Form I-589 asylum application was received and is pending
as of  8/19/16.  You may remain in the U.S. until your asylum application
is decided. If you wish to leave while your application is pending, you
must obtain advance parole from USCIS.  If you change your address, send
written notification of the change within 10 days to the above address.
You will receive a notice informing you when you and those listed on your
application as a spouse or dependents must appear for an asylum interview.
Bring to the interview 3 copies of documentary evidence of your
relationship to those family members.

TO

GIHAN THOMAS
C/O LAW OFFICES OF GIHAN L THOMAS
611 WILSHIRE BLVD STE 907

LOS ANGELES, CA  90017

**RECEIVED**
11/22/2016

LOS ANGELES, CA  90017

BC:  92815851515      *1908-06373-22-41

**13**

Exhibit C

Department of Homeland Security
U.S. Citizenship and Immigration Service

Form I-797C, Notice of Action

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | | NOTICE DATE<br>August 23, 2016 |
|---|---|---|---|
| CASE TYPE<br>I589   Application For Asylum | | | USCIS A#<br>A 209 200 913 |
| RECEIPT NUMBER<br>ZLA1600164840 | RECEIVED DATE<br>August 19, 2016 | PRIORITY DATE<br>August 19, 2016 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
SAMIA KAMEL GURGES HAKIM
c/o GIHAN L THOMAS
LAW OFFICES OF GIHAN L THOMAS
611 WILSHIRE BLVD STE 907
LOS ANGELES CA  90017



You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below.  Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS SANTA ANA<br>1666 N. MAIN ST.<br>SUITE 100A<br>SANTA ANA CA 927017417 | 08/26/2016<br>to<br>09/09/2016 | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice.  If you do not bring this letter, you will not be able to have your fingerprints taken.  This may cause a delay in the processing of your application and your eligibility for work authorization.  You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID.  If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity.  Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.

Please note that the staff at the ASC will not be able to answer any questions about the status of your application.  We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change.  If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33.  Include your name, signature, address, and USCIS A# on any written notice of change of address.  The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address.  Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.  If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

If you have any questions regarding this notice, please call 1-800-375-5283.        REPRESENTATIVE COPY

 

**14**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C  07/11/14 Y

Department of Homeland Security
U.S. Citizenship and Immigration Service

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | | NOTICE DATE August 23, 2016 |
|---|---|---|---|
| CASE TYPE I589 Application For Asylum | | | USCIS A# A 209 200 914 |
| RECEIPT NUMBER ZLA1600164850 | RECEIVED DATE August 19, 2016 | PRIORITY DATE August 19, 2016 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
PARTHENIA MAGDY ALFY SHEH ESTAFANOUS
c/o GIHAN L THOMAS
LAW OFFICES OF GIHAN L THOMAS
611 WILSHIRE BLVD STE 907
LOS ANGELES CA  90017



You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below. Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS SANTA ANA 1666 N. MAIN ST. SUITE 100A SANTA ANA CA 927017417 | 08/26/2016 to 09/09/2016 | Sat - Sun  Closed Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice. If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization. You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID. If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity. Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.

Please note that the staff at the ASC will not be able to answer any questions about the status of your application. We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change. If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change, on Form EOIR-33. Include your name, signature, address, and USCIS A# on any written notice of change of address. The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address. Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States. If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

If you have any questions regarding this notice, please call 1-800-375-5283.     REPRESENTATIVE COPY



RECEIVED
8/25/2016

**15**

Department of Homeland Security
U.S. Citizenship and Immigration Service

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Fingerprint Notification | | | NOTICE DATE<br>August 23, 2016 |
|---|---|---|---|
| CASE TYPE<br>I589    Application For Asylum | | | USCIS A#<br>A 209 200 915 |
| RECEIPT NUMBER<br>ZLA1600164860 | RECEIVED DATE<br>August 19, 2016 | PRIORITY DATE<br>August 19, 2016 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
RAFAEL MAGED ALFY SHEH ESTAFANOUS
c/o GIHAN L THOMAS
LAW OFFICES OF GIHAN L THOMAS
611 WILSHIRE BLVD STE 907
LOS ANGELES CA  90017



ldlalludluuudllul

You have been scheduled to appear at the below USCIS Application Support Center (ASC) to be fingerprinted and photographed (biometrics collection) during the 14-day period specified below.  Completion of background identity and security checks is required in order to process your application.

| Address | 14-Day Period | Hours of Operation<br>CLOSED ON FEDERAL HOLIDAYS |
|---|---|---|
| USCIS SANTA ANA<br>1666 N. MAIN ST.<br>SUITE 100A<br>SANTA ANA CA 927017417 | 08/26/2016<br>to<br>09/09/2016 | Sat - Sun  Closed<br>Mon - Fri 8am-3pm |

Failure to appear as scheduled for fingerprinting and biometrics collection during the 14-Day period may delay eligibility for work authorization and/or result in an asylum officer dismissing your asylum application, and/or referring it to an Immigration Judge.

When you appear for fingerprinting and biometrics collection, you MUST BRING THIS LETTER. Even if you are scheduled at the same time as your family members, each individual must bring his or her own notice.  **If you do not bring this letter, you will not be able to have your fingerprints taken. This may cause a delay in the processing of your application and your eligibility for work authorization.** You should also bring photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID, or USCIS-issued photo ID.  If you do not have any photo identification, please expect a minor delay, as you will need to be interviewed by a USCIS officer regarding your identity.  **Note: Asylum applicants are not required to present identification documents in order to have fingerprints and biometrics collected.**

Please note that the staff at the ASC will not be able to answer any questions about the status of your application.  We appreciate your patience during the process.

Pursuant to Section 265 of the Immigration and Nationality Act, you are required to notify the USCIS, in writing, of any address changes, within 10 days of such change.  If you were placed in removal proceedings before an Immigration Judge, you are also required to notify the Immigration Court having jurisdiction over your case of any change of address within 5 days of such change. on Form EOIR-33.  Include your name, signature, address, and USCIS A# on any written notice of change of address.  The USCIS will use the last address you provided for all correspondence, and you are responsible for the contents of all USCIS correspondence sent to that address.  Failure to provide your current address as required may result in dismissal or referral of your asylum application, institution of removal proceedings, the entry of a removal order in your absence if you fail to appear for a hearing before an immigration judge, and removal from the United States.  If you have any questions or comments regarding the status of your application, please contact the office with jurisdiction over your application.

| If you have any questions regarding this notice, please call 1-800-375-5283. | REPRESENTATIVE COPY |
|---|---|



8/25/2016



**16**

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  07/11/14  Y